UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KIMBERLY S. JOURDAN, et al.,

        Plaintiffs,                      Case No. 19-13514-BC

v                                        Honorable Thomas L. Ludington

SEQUIUM ASSET SOLUTIONS, LLC., et al.,

        Defendants.
_____/

### ORDER DIRECTING SUBMISSION OF CLOSING DOCUMENTS

On January 30, 2020, a Notice of Settlement, ECF No. 16, was filed in CM/ECF indicating the parties have reached a settlement which will be finalized within the next 60 days.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **March 30, 2020**.

                                                    s/Thomas L. Ludington
                                                    THOMAS L. LUDINGTON
                                                    United States District Judge

Dated: January 31, 2020